THE COUNTY OF WINNEBAGO, Plaintiff-Appellee, *v.* DOYLE LAUNIUS *et al.*, Defendants-Appellants.

(No. 72-364;

Second District—October 22, 1974.

Opinion by Mr. PRESIDING JUSTICE T. MORAN.

Cook & Hellyer, of Loves Park, for appellants.

Philip G. Reinhard, State's Attorney, of Rockford (Alfred W. Cowan, Assistant State's Attorney, of counsel), for appellee.